UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JUDITH M. LAYZER,

            Plaintiff,

    v.

MICHAEL O. LEAVITT, in his official
capacity as SECRETARY OF THE
UNITED STATES DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

            Defendant.

------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

No. 07-CV-10584 (LAP)

E-Filing Case

**NOTICE OF**
**VOLUNTARY DISMISSAL**

    PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, and no answer or motion for summary judgment having been served, Plaintiff Judith M. Layzer hereby voluntarily dismisses this action without prejudice and without costs to either party.

Dated: New York, New York
       December 7, 2007

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:
*Loretta A. Preska*
LORETTA A. PRESKA, U.S.D.J.
December 10, 2007

S/ Jeremy C. Bates
Jeremy C. Bates (JB2112)
125 Broad Street, 32d Floor
New York, New York 10004-2498
(212) 558-4000